```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
```

ALMETTA BEATRICE PERRY,            )
                                   )
                Plaintiff,         )
        vs.                        )        1:10-cv-1033-WTL-TAB
                                   )
DANFORD ROYCE DYE, et al.,         )
                                   )
                Defendants.        )

### Entry and Order Directing Dismissal of Action

The Entry of August 30, 2010, explained that the court was unable to discern from the complaint the basis for this court's jurisdiction over the plaintiff's claims. The plaintiff was provided a period of time in which to either withdraw the complaint or show cause why this action should not be dismissed for lack or jurisdiction. After that deadline passed, the plaintiff filed a document entitled "request for exercise of jurisdiction" in which she explains that this court should exercise jurisdiction over this action because the defendants violated various provisions of Title 18 of the United States Code. Specifically, the plaintiff asserts that the conduct of individuals constituted crimes as defined in Title 18 and seeks prosecution of those asserted crimes.

However, only the United States may commence criminal charges. A private individual has no right to compel such a prosecution. See *Allen v. Wright,* 468 U.S. 737 (1984); *Leeke v. Timmerman,* 454 U.S. 83 (1981); *Ragsdale v. Turnock*, 941 F.2d 501, 509 (7th Cir. 1991) (private persons generally have no right to enforce criminal statutes or to sue under them unless the statute also creates a private right of action. (Posner, J., concurring), *cert denied,* 502 U.S. 1035 (1992)).

When a court lacks jurisdiction over a case, its only proper course is to note the absence of jurisdiction and dismiss the case on that ground. *Steel Co. v. Citizens for a Better Environment*, 118 S. Ct. 1003, 1012 (1998); *Cook v. Winfrey,* 141 F.3d 322, 324-326 (7th Cir. 1998). That is the case here. The plaintiff's request for exercise of jurisdiction (dkt 7) is **denied.** For the reasons explained above and in the Entry of August 30, 2010, therefore, the action is dismissed for lack of jurisdiction. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 09/23/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana